# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **LISA SIDES et al.,** | **CV 20-53-BLG-SPW-TJC** |
| **Plaintiffs,** | |
| | **ORDER** |
| **vs.** | |
| **GLOBAL TRAVEL ALLIANCE, INC.,** | |
| **Defendant.** | |

Plaintiff's filed this action on April 24, 2020, alleging various causes of action relating to contracts for educational-based travel with Defendant.   (Doc. 1.) The Court notes that among the named Plaintiffs are several school-aged minors. Pursuant to Fed. R. Civ. P. 5.2(a)(3) and 5.2(d), and in conformance with the Guide for Filing in the District of Montana § 6(d)(i), the Complaint shall be sealed and a redacted complaint shall be re-filed naming any minors by initials only.

Accordingly,

IT IS HEREBY ORDERED that the Complaint (Doc. 1) be SEALED and

/ / /

/ / /

Plaintiffs shall re-file a redacted complaint in conformance with the above rules and guidance.

DATED this 27th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge