John Morrison
MORRISON SHERWOOD
WILSON DEOLA, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624
(406) 442-3261
john@mswdlaw.com

John Heenan
Joe Cook
HEENAN & COOK
1631 Zimmerman Trail
Billings, Montana 59102
(406) 839-9091
john@lawmontana.com
joe@lawmontana.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JULIE WROBEL FOR HERSELF AND HER SON E. W., LISA SIDES FOR HERSELF AND HER DAUGHTER K. S., ERIN CLAUNCH AND JACKIE CLAUNCH FOR THEMSELVES AND THEIR DAUGHTER K. C., TRACY SMITH FOR HERSELF AND HER SON C. S., JENNIFER WERSLAND FOR HERSELF AND HER SON K. W., JULIE SWENSON FOR HERSELF AND HER DAUGHTER K. S., INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br> vs.<br><br>GLOBAL TRAVEL ALLIANCE, INC.<br><br>    Defendant. | Case No. 1:20-cv-00053-SPW-TJC<br><br>**NOTICE OF FILING THIRD AMENDED COMPLAINT WITH WRITTEN CONSENT** |

Plaintiffs, through counsel, hereby provide notice that Defendant has consented through its counsel in writing to the filing of the Third Amended Complaint as required by Rule 15(a)(2), Fed. R. Civ. Pro.

Dated this 26th day of June, 2020.

>MORRISON, SHERWOOD, WILSON & DEOLA
>HEENAN & COOK
>
>
>*/s/ John Morrison*_____
>Attorneys for Plaintiffs