IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LISA SIDES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL TRAVEL ALLIANCE, INC., <br><br> Defendant. | CV 20-53-BLG-SPW-TJC <br><br> **ORDER** |

Defendant has filed an unopposed motion for extension of time to respond to Plaintiff's third amended complaint. (Docs. 11, 16.) Good cause appearing,

IT IS HEREBY ORDERED that Defendant shall file its response by July 24, 2020.

IT IS ORDERED.

DATED this 10th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge