IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LISA SIDES, *et al.*,<br><br>     Plaintiffs,<br><br>vs.<br><br>GLOBAL TRAVEL ALLIANCE, INC.,<br><br>     Defendant . | CV 20-53-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is the parties' joint motion to stay proceedings. (Doc. 23.) Good cause appearing, IT IS HEREBY ORDERED that this matter is temporarily stayed pending the outcome of the settlement conference on August 24, 2020. If the case does not settle, the parties shall file a Status Report with the Court within five (5) days of the conclusion of the settlement conference.

DATED this 28th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge