IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LISA SIDES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL TRAVEL ALLIANCE, INC., <br><br> Defendant . | CV 20-53-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court is the parties' joint status report post-settlement conference. (Doc. 27.)  The parties report that a resolution was not reached.  (*Id.*)  The parties thus request the temporary stay to be lifted.  (*See* Doc. 24.)  Good cause appearing,

IT IS HEREBY ORDERED that the temporary stay (Doc. 24) is VACATED.

IT IS FURTHER ORDERED that Plaintiffs' response brief to Defendant's motion to dismiss (Doc. 14) is due no later than 14-days from this order, or **September 8, 2020**.  Defendant's reply, should they choose to file one, shall be due 14-days thereafter, or September 22, 2020, pursuant to L.R. 7.1(d)(1)(C).

DATED this 25th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge