# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LISA SIDES et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL TRAVEL ALLIANCE, INC.<br><br>Defendant. | Case No. 1:20-cv-00053-SPW-TJC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon the Plaintiffs' Unopposed Motion for Extension of Time for Both Parties To File Responses To Objections To Magistrate Findings And Recommendations (Doc. 41), and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Plaintiffs' Response to Defendant Global Travel Alliance, Inc.'s Response and Objections to Findings and Recommendations of U.S. Magistrate Judge (Doc. 39) shall be filed by **September 28, 2021**. Defendants' Response to Plaintiffs' Objections (Doc. 40), shall be filed by **October 1, 2021**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of September, 2021.

SUSAN P. WATTERS
United States Magistrate Judge