UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LISA SIDES, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL TRAVEL ALLIANCE, INC., <br><br> Defendant. | Case No. CV-20-53-BLG-SPW <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**JUDGMENT ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFFS .**
*(per order filed docket entry 102)*

Dated this 22nd day of May, 2023.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
    Deputy in Charge